Certificate Number: 12433-OR-DE-027029034

Bankruptcy Case Number: 10-41459


12433-OR-DE-027029034

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 29, 2016</u>, at <u>1:00</u> o'clock <u>PM PST</u>, <u>William G. Moos</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Oregon</u>.

Date:   <u>February 29, 2016</u>   By:   <u>/s/Candace Jones</u>

Name:   <u>Candace Jones</u>

Title:   <u>Counselor</u>